UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00213 |
| | ) | JUDGE CAMPBELL |
| KALEY GREGORY | ) | |

ORDER

The Court held a status conference on December 16, 2013, which the Defendant did not attend. For the reasons stated on the record, the Defendant shall communicate with the Probation Office today and the Probation Office shall determine if Defendant is in compliance with her Conditions of Release.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE